| AO 10 Rev. 1/2011 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2010 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial) Steele, William H. | 2. Court or Organization US District-So. Dist. Of AL | 3. Date of Report 05/12/2011 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) US District Judge-Active | 5a. Report Type (check appropriate type) ☐ Nomination, Date ☐ Initial ☑ Annual ☐ Final 5b. ☐ Amended Report | 6. Reporting Period 01/01/2010 to 12/31/2010 |
| 7. Chambers or Office Address 113 St. Joseph Street Mobile AL 36602 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

Steele , William H.

| Name of Person Reporting | Date of Report |
|---|---|
| Steele, William H. | 05/12/2011 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 12-31-10 | Church Reader Fees | $1,380.00 |
| 2. 12-31-10 | Musician Fees | $480.00 |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 12-31-10 | Self-employed (accounting consultant) |
| 2. 12-31-10 | Retirement income from Retirement Systems of Alabama |
| 3. 12-31-10 | Deferred Compensation distribution from Public Nationwide Retirement Solutions |
| 4. | |

## IV. REIMBURSEMENTS – *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Steele, William H. | 05/12/2011 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✓] NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[ ] NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Wachovia Mortgage Corporation | Mortgage on rental property, Orange Beach, AL (Pt VII, line 59) | M |
| 2. | Wells Fargo Advisors | Margin balance | M |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Steele, William H. | 05/12/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. AmSouth Bank Account | A | Interest | M | T | | | | | |
| 2. Fidelity Puritan | A | Dividend | J | T | | | | | |
| 3. *Nationwide Retirement Solutions (457b) | E | Distribution | M | T | | | | | |
| 4. - Nationwide Fixed Account | | | | | | | | | |
| 5. - Fid Equity Income Fund | | | | | | | | | |
| 6. - FID Contrafund | | | | | | | | | |
| 7. - Janus Fund | | | | | | | | | |
| 8. - Am Cent Value IC | | | | | | | | | |
| 9. - Am Cent Vista Fd IC | | | | | | | | | |
| 10. *Wells Fargo Advisors - (IRA) | A | Dividend | J | T | | | | | |
| 11. -Centennial Money Market | | | | | | | | | |
| 12. - SunAmerica Blue Chip Fund Class B | | | | | | | | | |
| 13. - Centerstaging Corp. | | | | | | | | | |
| 14. - Putnam International Growth Fund | | | | | | | | | |
| 15. -Precision Drilling | | | | | | | | | |
| 16. *Wells Fargo Advisors (IRA) | B | Dividend | L | T | | | | | |
| 17. - Alliance Bernstein Large-Cap Growth Class A | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Steele, William H. | 05/12/2011 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. - Alliance Bernstein Global Thematic Growth Fund | | | | | | | | | |
| 19. - John Hancock Regional Bank | | | | | | | | | |
| 20. - Alliance Real Estate Investment Fund | | | | | | | | | |
| 21. - Jennison Blend Fund Class A | | | | | | | | | |
| 22. *Morgan Stanley Smith Barney LLC | | | | | | | | | |
| 23. -Alliance Large Capital Growth | | None | J | T | | | | | |
| 24. -John Hancock Financial Industries | A | Dividend | J | T | | | | | |
| 25. *Wells Fargo Advisors | | | | | | | | | |
| 26. -Centennial Money Market | | None | J | T | | | | | |
| 27. -AMCAP Fund (American Funds) | A | Dividend | | | Sold | 05/12/10 | L | D | |
| 28. -Putnam Voyager | A | Dividend | | | Sold | 05/12/10 | K | E | |
| 29. -Templeton Foreign | A | Dividend | K | T | | | | | |
| 30. -Mutual Shares (TESIX) | A | Dividend | K | T | | | | | |
| 31. -Putnam Allstate Advisor (Annuity) | | None | N | T | | | | | |
| 32. -Putnam FD for Growth & Income | A | Dividend | K | T | | | | | |
| 33. -Putnam Invt Fds Multi-Cap Value Fund | A | Dividend | K | T | | | | | |
| 34. -Fidelity Adv Emerging Markets Income Fund | B | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns BI and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Steele, William H. | 05/12/2011 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35.   -Campbell Strategic Allocation Fund | | None | M | T | | | | | |
| 36.   -Europacific Growth Fund (American Funds) | A | Dividend | L | T | | | | | |
| 37.   -Fundamental Investors Inc. (American Funds) | B | Dividend | L | T | | | | | |
| 38.   -Growth Fund of America (American Funds) | A | Dividend | M | T | Buy (add'l) | 11/16/10 | J | | |
| 39.   -New Economy Fund (American Funds) | A | Dividend | K | T | | | | | |
| 40.   -Washington Mutual (American Funds) | B | Dividend | K | T | | | | | |
| 41.   *Wells Fargo Advisors - IRA (FBO) | B | Dividend | N | T | | | | | |
| 42.   -Invesco Constellation Fund | | | | | Sold | 09/16/10 | J | A | |
| 43.   -Invesco Charter Fund | | | | | Sold | 09/16/10 | J | A | |
| 44.   -Putnam Intl. Growth Fund | | | | | | | | | |
| 45.   -Putnam Invt Fds Multi-Cap Value Fund | | | | | | | | | |
| 46.   -Putnam Vista Fund | | | | | Merged (with line 45) | 09/28/10 | J | | |
| 47.   -Putnam Voyager Fund | | | | | | | | | |
| 48.   -Euro Pacific Growth (American Funds) | | | | | | | | | |
| 49.   -Growth Fund of America (American Funds) | | | | | Sold (part) | 11/16/10 | J | B | |
| 50.   -Nuveen Diversified Commodity Fund | | | | | Buy | 09/27/10 | J | | |
| 51.   Steele Enterprises LLC | | None | M | U | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Steele, William H. | 05/12/2011 |

## VII. INVESTMENTS and TRUSTS *– income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

[ ] NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Sun Life Assurance Co. of Canada (annuity-no control) | F | Distribution | K | T | | | | | |
| 53. Rental property, Orange Beach, AL | E | Rent | M | W | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Steele, William H. | 05/12/2011 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

VII.16 - change of Broker from Legg Mason to Wells Fargo Advisors.

VII.22 - name change for Broker from Legg Mason to Morgan Stanley Smith Barney LLC.

VII.33 - name change for investment from Putnam Mid Cap to Putnam Invt. Fds. Multi-Cap Value Fund.

VII.42 - name change for investment from AIM Funds Group-Constellation Fund to Invesco Constellation Fund.

VII.43 - name change for investment from AIM Funds Group-Charter Fund to Invesco Charter Fund.

VII.45 - name change for investment from Putnum New Opportunities to Putnam Invt. Fds. Multi-Cap Value Fund.

VII.51 - It is not anticipated that any income will be derived from the LLC. All income will be realized by the manager.

VII.various - '*' denotes header information.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ William H. Steele**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544